# EXHIBIT B

**From:** "Patel, Ajay" <ajayp@amazon.com>
**Date:** Jun 19, 2018, at 6:22 PM
**To:** Erika Aronson <erika@taborlake.com>; Adam Stern <adam@taborlake.com>
**Subject: Gravier / Amazon Agreement**

Erika, Adam

We are writing with respect to the Multipicture Acquisition Agreement ("Agreement") effective as of August 29, 2017 between Amazon Content Services LLC ("Amazon") and Gravier Productions, Inc. ("Gravier"), concerning distribution rights in certain theatrical features filmed by Woody Allen.  Capitalized terms used but not defined in this notice shall have the meanings ascribed to them in the Agreement.

Amazon cannot continue in business with Mr. Allen.  Accordingly, this letter is notice that Amazon is terminating the Agreement with respect to each of the Pictures.  Amazon does not intend to distribute or otherwise exploit the Pictures in any domestic or international territories, and Gravier must therefore undertake immediately to make alternative distribution arrangements and otherwise mitigate any damages it may claim on account of Amazon's termination.

All of Amazon's rights, defenses, and remedies are expressly reserved.


Ajay


Ajay Patel
Associate General Counsel, Amazon Studios and Movies & TV
1620 26th Street
Suite 4000N
Santa Monica, California, 90404
Telephone: 310-573-2337
Email: ajayp@amazon.com


This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.