# EXHIBIT C

**From:** "Robert N. Klieger" <rklieger@hueston.com>
**Date:** June 25, 2018 at 11:41:21 PM PDT
**To:** "Gary E. Gans" <garygans@quinnemanuel.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>
**Subject: Re: Gravier Productions, Inc.**

Dear Mr. Gans:

Thank you for your email. Erika Aronson advised Amazon's Ajay Patel on June 16 that your firm had been retained to respond to Amazon's termination notice. In light of this, we believe it is appropriate that all communications concerning this matter go through outside counsel.

With respect to the basis for termination, and as discussed in Amazon's prior communications with Ms. Aronson and Adam Stern, Amazon's performance of the Agreement became impracticable as a result of supervening events, including renewed allegations against Mr. Allen, his own controversial comments, and the increasing refusal of top talent to work with or be associated with him in any way, all of which have frustrated the purpose of the Agreement and support Amazon's decision to terminate it.

I understand that Mr. Stern reached out to Mr. Patel on June 22 regarding Gravier's efforts to mitigate damages from Amazon's alleged breach, and to request Amazon's assistance in that regard. I will discuss that request with my client and then give you a call to discuss.

Regards,

Rob

**From:** "Gary E. Gans" <garygans@quinnemanuel.com>
**Date:** Friday, June 22, 2018 at 5:08 PM
**To:** Robert Klieger <rklieger@hueston.com>
**Cc:** John Quinn <johnquinn@quinnemanuel.com>
**Subject:** Gravier Productions, Inc.

Dear Mr. Klieger,

We represent Gravier Productions, Inc. with respect to the Multipicture Acquisition Agreement with Amazon Content Services LLC dated as of August 29, 2017 (the "Agreement").
As I'm sure you know, on June 19, 2018, Ajay Patel sent an email on behalf of Amazon to Erika Aronson and Adam Stern purporting to terminate the Agreement. In response, Ms. Aronson pointed out to Mr. Patel that his email did not state any basis for termination of the Agreement and asked him to identify the purported basis along with the term of the Agreement that gives Amazon the right to terminate on that basis. We believe that when a party purports to terminate a multi-million dollar contract, it should provide the grounds for doing so.
Mr. Patel declined to provide any substantive response to Ms. Aronson and, instead, asked that we communicate directly with you, writing that you could best address the question regarding the basis for termination. We don't understand why Mr. Patel was unable to state any basis for the termination, or why it is necessary for us to make the request for the information

separately.  Nevertheless, we hereby request that Amazon identify the purported basis for termination along with the term of the Agreement that gives Amazon the right to terminate on that basis.

All of Gravier's rights and remedies are reserved.

Yours truly,

Gary Gans

**Gary E. Gans**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3210 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
garygans@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.