# EXHIBIT E

# HUESTON HENNIGAN LLP

**ROBERT N. KLIEGER**
DIRECT  213 788 4310
EMAIL  RKLIEGER@HUESTON.COM

OFFICE  213 788 4340
FAX  888 775 0898

523 WEST 6TH STREET SUITE 400 LOS ANGELES, CA 90014

July 20, 2018

**VIA EMAIL**

Gary E. Gans, Esq.
Quinn Emanuel
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
garygans@quinnemanuel.com

Re:  Amazon Content Services, LLC / Gravier Productions, Inc.

Dear Mr. Gans:

I am writing in response to your letter of July 11, 2018, regarding the Multipicture Acquisition Agreement dated August 29, 2017 (the "Agreement") between Gravier Productions, Inc. ("Gravier") and Amazon Content Services, LLC ("Amazon").

Amazon provided notice to Gravier on June 19, 2018 that it was terminating the Agreement with respect to each of the Pictures, including *Rainy Day*, and that Gravier should undertake immediately to make alternative distribution arrangements and otherwise mitigate any damages it may claim on account of Amazon's termination. I confirmed Amazon's termination of the Agreement in my email to you on June 25, 2018. The Agreement having been terminated, Amazon will not accept delivery of Rainy Day and has no further rights or obligations with respect to that or the other Pictures.

While Amazon disagrees with the statements and characterizations in your July 11 letter, we will not belabor those points here. Needless to say, all of Amazon's rights, defenses, and remedies are expressly reserved.

Sincerely yours,

Robert N. Klieger