# HUESTON HENNIGAN LLP

**MOEZ M. KABA**
DIRECT   213 788 4543
EMAIL   MKABA@HUESTON.COM

OFFICE   213 788 4340
FAX   888 775 0898

523 WEST 6TH STREET SUITE 400 LOS ANGELES, CA 90014

February 15, 2019

**FILED BY ECF**

Hon. Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   <u>Gravier Productions, Inc. v. Amazon Content Services, LLC</u>, Case No. 1:19CV01169:
      Motion to Extend Time to Respond to Complaint

Dear Judge Cote:

We represent Defendants Amazon Content Services, LLC and Amazon Studios, LLC (collectively, "Amazon") in this action, which was recently filed by Plaintiffs Gravier Productions, Inc. and Woody Allen (collectively, "Plaintiffs"). We write to request an extension of Amazon's time to respond to Plaintiffs' complaint.

Given that Plaintiffs served Amazon on February 11, 2019, Amazon's responsive pleadings are currently due on March 4. Amazon respectfully requests a 30-day extension, moving its deadline to April 3, 2019. Amazon requests this extension so that it has adequate time to investigate Plaintiffs' claims and prepare its responsive pleadings.

This is the first request for adjournment or extension of time. Counsel for Plaintiffs consent to this proposed extension.

Thank you for your consideration.

Sincerely,

Moez M. Kaba