UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRAVIER PRODUCTIONS, INC., and WOODY ALLEN,<br><br>Plaintiffs,<br><br>– against –<br><br>AMAZON CONTENT SERVICES, LLC, and AMAZON STUDIOS, LLC,<br><br>Defendants. | Case No. 1:19-CV-01169-DLC |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that the above-captioned action is voluntarily dismissed with prejudice against all defendants, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| Dated: New York, New York<br>November 8, 2019 | Dated: Los Angeles, California<br>November 8, 2019 |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | HUESTON HENNIGAN LLP |
| /s/ *Julia M. Beskin* | /s/ *Robert N. Klieger* |
| Julia M. Beskin<br>juliabeskin@quinnemanuel.com<br>Jomaire Crawford<br>jomairecrawford@quinnemanuel.com<br>Donald J. Reinhard, II<br>donaldreinhard@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 (tel.)<br>(212) 849-7100 (fax)<br><br>John B. Quinn<br>johnquinn@quinnemanuel.com<br>Gary E. Gans (*pro hac vice*)<br>garygans@quinnemanuel.com | Moez M. Kaba<br>mkaba@hueston.com<br>Robert N. Klieger (*pro hac vice*)<br>rklieger@hueston.com<br>523 West 6th Street, Suite 400<br>Los Angeles, California 90014<br>(213) 788-4340 (tel.)<br><br>*Attorneys for Defendants Amazon Content Services, LLC and Amazon Studios, LLC* |

1

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000 (tel.)
(213) 443-3100 (fax)

*Attorneys for Plaintiffs Gravier Productions,
Inc. and Woody Allen*

IT IS SO ORDERED.

Dated: New York, New York
         November _____, 2019

_____
Hon. Denise L. Cote